**Order entered November 1, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00275-CR
No. 05-18-00276-CR

**CARA DAWN YORK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-81346-2014, 380-80223-2011**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the July 26, 2018 motion of Maria Tu for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Maria Tu as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Cara Dawn York, TDCJ No. 02181795, Woodman Unit, 1210 Coryell City Road, Gatesville, Texas, 76528.

/s/     DAVID J. SCHENCK
           JUSTICE